**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------

SHIVA STEIN,                                                :
                                                            :
                  Plaintiff,                                :   Civ. No.        1:21-cv-00229-LJL
                                                            :
v.                                                          :
                                                            :
IHS MARKIT LTD., LANCE UGGLA, THE    :
LORD BROWNE MADINGLEY, DINYAR S.    :
DEVITRE, RUANN F. ERNST, JACQUES      :
ESCULIER,    WILLIAM    E.    FORD,         :
NICOLETTA GIADROSSI, GAY HUEY         :
EVANS  OBE,  ROBERT  P.  KELLY,             :
DEBORAH DOYLE MCWHINNEY, JEAN-        :
PAUL L. MONTUPET, DEBORAH ORIDA,      :
JAMES A. ROSENTHAL, S&P GLOBAL        :
INC., and SAPPHIRE SUBSIDIARY, LTD.,    :
                                                            :
                  Defendants.                               :
--------------------------------------------------------    :
                                                            :

### NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

Procedure, Plaintiff Shiva Stein hereby voluntarily dismisses her individual claims in the above-

captioned action (the "Action") with prejudice.  Because this notice of dismissal is being filed with

the Court before service by Defendants of either an answer or a motion for summary judgment,

Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED:  March 12, 2021                          Respectfully submitted,

                                                **MELWANI & CHAN LLP**

                                                /s *Gloria Kui Melwani*
                                                Gloria Kui Melwani (GM5661)
                                                1180 Avenue of the Americas, 8th Floor
                                                New York, New York 10036
                                                Tel:  (212) 382-4620
                                                Email:  gloria@melwanichan.com
                                                *Attorneys for Plaintiff*