UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
SHIVA STEIN, :
:
:
               Plaintiff, :
:     21-cv-00229 (LJL)
   -v- :
:     <u>ORDER</u>
:
IHS MARKIT LTD, et al., :
:
              Defendants. :
:
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/2021

LEWIS J. LIMAN, United States District Judge:

    An Initial Pretrial Conference was scheduled yesterday at which no party appeared. In addition, there is no affidavit of service filed and no defendant has appeared.

    IT IS HEREBY ORDERED that the Initial Pretrial Conference is re-scheduled to March 25, 2021 at 10:00 a.m. If Plaintiff fails to appear at that conference the case will be dismissed for failure to prosecute.

    The parties are further notified that I had a case while I was in private practice in which Shiva Stein was the Plaintiff. The case is unrelated to the instant matter and I do not believe there is a conflict. I never met or spoke with Ms. Stein and my recollection is that the case was resolved before it substantially advanced. Any objection, in light of that fact, to continuing to proceed before this Court shall be filed within one week of this Order.

    Plaintiff is ORDERED to notify Defendants of this Order.

    SO ORDERED.

Dated: March 12, 2021
      New York, New York

                                         LEWIS J. LIMAN
                                         United States District Judge